| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| USA YELLOW BOOK<br>RMS BANKRUPTCY RECOVERY SVC<br>P BOX 5126<br>TIMONIUM MD 21094<br>077518 | 000002 | 456.00 | 2.97 |
| CAPITAL RECOVERY II<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131<br>1368 | 000017 | 620.38 | 4.04 |
| ---------- Remittance Total ---------- | | 1,076.38 | 7.01 |

CHARLES W. RIES, Trustee

#2974

RECEIVED 10 NOV 12 AM 11:27 U.S. BANKRUPTCY COURT ST. PAUL, MN